In the Matter of THE TRUSTEES OF FIRST METHODIST EPISCOPAL CHURCH OF WHITEHALL, Appellant; VILLAGE OF WHITEHALL, Respondent.

(Argued October 2, 1936; decided October 20, 1936.)

*Robert W. Fisher* for appellant.

*Warren Sears* for respondent.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Leon M. Layden* of counsel), for State of New York.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.